# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139520

MIDWEST BANK AND TRUST COMPANY,
      Plaintiff-Appellee,

v

      SC: 139520
      COA: 290393
      Leelanau CC: 08-007885-AV

MICHAEL S. SCHWENDENER,
      Defendant-Appellant,

and

PAUL SCHWENDENER, JR., ROBERT
SCHWENDENER, and PAUL
SCHWENDENER, III,
      Defendants.
_____/

      On order of the Court, the application for leave to appeal the May 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk